DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
MARIO FLORES-PINEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                    Plaintiff,            )<br>                                                              )<br>         v.                                              )<br>                                                              )<br>MARIO FLORES-PINEDA and       )<br>SILVANO VARGAS-ESTRADA,     )<br>                                                              )<br>                    Defendants.       ) | NO. Cr.S. 12-293-JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; EXCLUDING TIME**<br><br>Date: January 15, 2013<br>Time: 9:45 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CHRIS CHANG, Special Assistant United States Attorney, attorneys for Plaintiff; and DANIEL BRACE, attorney for SILVANO VARGAS-ESTRADA, and COURTNEY FEIN, attorney for MARIO FLORES-PINEDA, that the status conference hearing date of  November 27, 2012, be vacated, and the matter be set for status conference on January 15, 2013, at 9:45 a.m.

The reason for this continuance is to allow both defense counsel additional time to continue settlement negotiations with the government, review any resulting plea agreements with their clients, and/or review the discovery and continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 15, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel.

| | | |
|---|---|---|
| 1 | DATED: November 15, 2012 | Respectfully submitted, |
| 2 | | DANIEL J. BRODERICK<br>Federal Public Defender |
| 3 | | |
| 4 | | /s/ Courtney Fein<br>COURTNEY FEIN<br>Assistant Federal Defender |
| 5 | | Designated Counsel for Service<br>Attorney for MARIO FLORES-PINEDA |
| 7 | DATED: November 15, 2012 | /s/ Courtney Fein for<br>DANIEL BRACE |
| 8 | | Attorney for Defendant<br>SILVANO VARGAS-ESTRADA |
| 9 | DATED: November 15, 2012 | BENJAMIN WAGNER |
| 10 | | United States Attorney |
| 11 | | /s/ Chris Chang<br>CHRIS CHANG |
| 12 | | Special Assistant U.S. Attorney<br>Attorney for Plaintiff |

### ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 27, 2012, status conference hearings be continued to January 15, 2013 at 9:45 a.m. Based on the representation of both defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. It is ordered that time up to and including the January 15, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:    11/15/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge