JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
MARIO FLORES-PINEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | NO. Cr.S. 12-293-JAM |
| Plaintiff, | ) ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; EXCLUDING TIME** |
| v. | ) ) | |
| MARIO FLORES-PINEDA and SILVANO VARGAS-ESTRADA, | ) ) ) | Date:  March 26, 2013 Time:  9:45 a.m. Judge: Hon. John A. Mendez |
| Defendants. | ) ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney, attorneys for Plaintiff; and DANIEL BRACE, attorney for SILVANO VARGAS-ESTRADA, and COURTNEY FEIN, attorney for MARIO FLORES-PINEDA, that the status conference hearing date of  February 12, 2013, be vacated, and the matter be set for status conference on March 26, 2013, at 9:45 a.m.

The reason for the continuance on behalf of Mr. Flores Pineda is that the parties remain in the process of placing the finishing touches on settlement.  Additional time for

1    further discussions with their clients and for defense

2    preparation is also necessary for both counsel.

3        Based upon the foregoing, the parties agree that the

4    time under the Speedy Trial Act should be excluded from the

5    date of signing of this order through and including March 26,

6    2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and

7    (B)(iv)[reasonable time to prepare] and Local Code T4 based

8    upon continuity of counsel.

9    DATED: February 8, 2013    Respectfully submitted,

10                              JOSEPH SCHLESINGER
                                Acting Federal Public Defender
11
                                /s/ Courtney Fein
12                              COURTNEY FEIN
                                Assistant Federal Defender
13                              Designated Counsel for Service
                                Attorney for MARIO FLORES-PINEDA
14

15   DATED: February 8, 2013    /s/ Courtney Fein for

16                              DANIEL BRACE
                                Attorney for Defendant
17                              SILVANO VARGAS-ESTRADA

18

19
     DATED: February 8, 2013    BENJAMIN WAGNER
20                              United States Attorney

21                              /s/ Jill Thomas
                                JILL THOMAS
22                              Special Assistant U.S. Attorney
                                Attorney for Plaintiff
23

24   / / /

25   / / /

26   / / /

27   / / /

28

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 12, 2013, status conference hearings be continued to March 26, 2013 at 9:45 a.m.  Based on the representation of both defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  It is ordered that time up to and including the March 26, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   2/8/2013

                                   /s/ John A. Mendez
                                   JOHN A. MENDEZ
                                   United States District Court Judge