1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   MARIO FLORES-PINEDA
6

7
          IN THE UNITED STATES DISTRICT COURT
8
          FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF        )    NO. Cr.S. 12-0293-JAM
11 AMERICA,                )
                           )
12        Plaintiff,       )    **STIPULATION AND ORDER**
                           )    **CONTINUING STATUS**
13     v.                  )    **CONFERENCE; EXCLUDING TIME**
                           )
14 MARIO FLORES-PINEDA and )    Date:  April 16, 2013
   SILVANO VARGAS-ESTRADA, )    Time:  9:45 a.m.
15                         )    Judge: Hon. John A. Mendez
          Defendants.      )
16 _____ )

17
        IT IS HEREBY STIPULATED by and between the parties
18
   hereto through their respective counsel, JILL THOMAS,
19
   Assistant United States Attorney, attorneys for Plaintiff;
20
   and DANIEL BRACE, attorney for SILVANO VARGAS-ESTRADA, and
21
   COURTNEY FEIN, attorney for MARIO FLORES-PINEDA, that the
22
   status conference hearing date of  March 26, 2013, be
23
   vacated, and the matter be set for status conference on April
24
   16, 2013, at 9:45 a.m.
25
        The reason for the continuance on behalf of Mr. Flores
26
   Pineda is that additional time for further discussions with
27
   their clients and for defense preparation is necessary for
28

both counsel.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 16, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel.

DATED: March 18, 2013        Respectfully submitted,

                             JOSEPH SCHLESINGER
                             Acting Federal Public Defender

                             /s/ Courtney Fein
                             COURTNEY FEIN
                             Assistant Federal Defender
                             Designated Counsel for Service
                             Attorney for MARIO FLORES-PINEDA

DATED: March 18, 2013        /s/ Courtney Fein for

                             DANIEL BRACE
                             Attorney for Defendant
                             SILVANO VARGAS-ESTRADA

DATED: March 18, 2013        BENJAMIN WAGNER
                             United States Attorney

                             /s/ Jill Thomas
                             JILL THOMAS
                             Special Assistant U.S. Attorney
                             Attorney for Plaintiff

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 26, 2013, status conference hearings be continued to April 16, 2013 at 9:45 a.m.  Based on the representation of both defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  It is ordered that time up to and including the April 16, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   3/18/2013          /s/ John A. Mendez
                            JOHN A. MENDEZ
                            United States District Court Judge

3